UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

NICOLE DIETZEN,
on behalf of herself and
all others similarly situated,

       Plaintiff,                                            Case No. 18-cv-818

      v.

COMMUNITY LOANS OF AMERICA, INC.,

       Defendant.

## ORDER

In accord with the Court's Text-Only Order filed January 7, 2019, THE COURT FURTHER ORDERS as follows:

1. On or before January 18, 2019, Community Loans of America, Inc. shall provide names, last known addresses and phone numbers (if available) of members of the FLSA Collective Class to the Settlement Administrator and Warcheske & Luzi, LLC;

2. On or before January 28, 2019, the Settlement Administrator shall distribute the Notice of Collective Action and Proposed Settlement to the Collective Class members;

3. To opt in to the Collective Class and Settlement, members of the Collective Class shall return their Opt-In Consent Form within 60 days following the distribution of the Notice by the Settlement Administrator ("Opt-In Period");

4. Within 30 calendar days of the conclusion of the Opt-In Period, the Parties shall file a motion requesting a final order approving the settlement;

5. Within 30 calendar days of the conclusion of the Opt-In Period, Walcheske & Luzi LLC, shall file its Fee and Expense Application and Service Award Application; and

6. The hearing for final approval of the settlement is set for May 15, 2019 at 1:30 P.M.

Dated this 14th day of January, 2019.

BY THE COURT

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court